Writ refused. Since R.S. 23:1311 provides the same remedy exerted by plaintiff herein it is immaterial that this suit is brought as a declaratory judgment action.

SANDERS, J., is of the opinion that a writ should be granted to review the propriety of the declaratory judgment action in this case, a question of importance to the jurisprudence.

SUMMERS, J., is of the opinion that a writ should be granted.

195 So.2d 142

**Eli ALLEN**

v.

**SUPERIOR INSURANCE COMPANY OF DALLAS et al.**

No. 48535.

Feb. 20, 1967.

In re: Eli Allen applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 192 So.2d 820.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.